1  **STEPHEN P. WHITE**
   **California State Bar No. 125276**
2  **101 West Broadway, Suite 1950**
   **San Diego, California 92101-6036**
3  **Telephone:  (619) 702-3753**
   **        Fax:  (619)  238-9914**
4
   Attorney for Defendant
5  Vanessa Gonzalez

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                           (Hon. James V. Selna)
10
   UNITED STATES OF AMERICA          )
11                                    )   Case No. SA CR 08-285 JVS
              Plaintiff               )
12                                    )
   vs.                                )   **~~PROPOSED~~ ORDER**
13                                    )
   VANESSA GONZALEZ,                  )
14                                    )
              Defendant.              )
15  _____   )

16

17       IT IS HEREBY ORDERED, the bond posting deadline be extended to allow defendant

18  Vanessa Gonzalez, additional time to post bond, in the above-entitled case.  The bond posting

19  deadline is extended from Friday, January 9, 2009 to January 16, 2009.

20       SO ORDERED.

21

22  Dated: <u>January 9, 2009</u>

23                                         _____
                                           HON. MARC L. GOLDMAN
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                         1